144 A.3d 709

**KAMMEFA**

v.

**LONG FENCE & HOME**

**Pet. Docket No. 110, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 709

**KATZ, Stanley H.**

v.

**STATE of Maryland**

**Pet. Docket No. 198, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.